1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AKAL CALVERT DAMU ALLEN, SR.,

11            Plaintiff,                    No. CIV S-11-2117 GGH P

12        vs.

13   ARAMARK,

14            Defendant.              ORDER FOR PAYMENT

15   _____/     OF INMATE FILING FEE

16   To:  The Sheriff of Solano County, Attention:  Inmate Trust Account, 500 Union Avenue,

17   Fairfield, California, 94533:

18            Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is

19   obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff will not be assessed

20   an initial partial filing fee.  Plaintiff will be obligated to make monthly payments in the amount

21   of twenty percent of the preceding month's income credited to plaintiff's trust account.  The

22   Sheriff of Solano County is required to send to the Clerk of the Court the initial partial filing fee

23   and thereafter payments from plaintiff's prison trust account each time the amount in the account

24   exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

25   /////

26   /////

1

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2    1.  Plaintiff will not be assessed an initial filing fee.

3    2.  The Sheriff of Solano County or a designee shall collect from plaintiff's prison

4 trust account the $350 balance of the filing fee by collecting monthly payments from plaintiff's

5 prison trust account in an amount equal to twenty percent (20%) of the preceding month's income

6 credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each

7 time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  The

8 payments shall be clearly identified by the name and number assigned to this action.

9    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

10 plaintiff's signed in forma pauperis affidavit on the Sheriff of Solano County, Attention:  Inmate

11 Trust Account, 500 Union Avenue, Fairfield, California, 94533.

12    4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

13 Department of the court.

14 DATED: October 13, 2011

15      /s/ Gregory G. Hollows
       UNITED STATES MAGISTRATE JUDGE

16

17 alle2117.cdc

18

19

20

21

22

23

24

25

26