IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AKAL CALVERT DAMU ALLEN, SR.,

        Plaintiff,                      No. CIV S-11-2117 GGH P

   vs.

ARAMARK,

        Defendant.               ORDER
_____/

        On August 22, 2011, plaintiff filed his consent to the jurisdiction of the undersigned. Doc. 4. By order filed October 13, 2011, plaintiff's complaint was dismissed and granted twenty-eight days leave to file an amended complaint. The twenty-eight days has expired and plaintiff has not filed an amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion to have all fees waived (Doc. 11) is denied as frivolous;

        2. This action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 12, 2011

                                               /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

GGH: AB
alle2117..fta

1