IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AKAL CALVERT DAMU ALLEN, SR.,

      Plaintiff,                                      No. CIV S-11-2117 GGH P

   vs.

ARAMARK,

      Defendant.                               <u>ORDER</u>

                                    /

         On August 22, 2011, plaintiff filed his consent to the jurisdiction of the undersigned. Doc. 4. By order filed October 13, 2011, plaintiff's complaint was dismissed and granted twenty-eight days leave to file an amended complaint. The twenty-eight days has expired and plaintiff has not filed an amended complaint.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Plaintiff's motion to have all fees waived (Doc. 11) is denied as frivolous;

         2. This action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 12, 2011

                                                /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

GGH: AB
alle2117..fta

1